# EXHIBIT A

1. Connolly, Jr., Thomas J.
2. Defusco, Anthony
3. Lally, Jamie
4. Martorelli, Robert
5. Neale, Silas
6. Saraiva, Pedro