**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, | : | |
| UNITED STATES DEPARTMENT OF LABOR | : | |
| | : | |
| VS | : | CA #: O7-181T |
| | : | |
| KBAR, INCORPORATED, d/b/a RHODE ISLAND | : | |
| PROPERTY ADVISORY CO. and | : | |
| JOHN MORGAN, and | : | |
| DAVID SUTCLIFF, Individually | : | |

**ANSWER**

Now come the Defendants and hereby answer Plaintiff's Complaint:

1. Admit

2. Admit

3. Defendant, John Morgan, admits he resides within the jurisdiction of this Court. Defendant, John Morgan, admits that he was and is the President of the business. Defendant, John Morgan denies that he was and is the "owner" of the business as the business is a corporation. Defendant, John Morgan, neither admits nor denies the remaining averments within Paragraph 3 but leaves Plaintiff to its proof.

4. Defendant, David Sutcliff, admits that he resides within the jurisdiction of this Court. Defendant, David Sutcliff, neither admits nor denies the remaining portions of Paragraph 4 but leaves Plaintiff to its proof.

5. Denied.

6. Defendant, KBAR, Incorporated, d/b/a Rhode Island Property Advisory Co. admits that it employed employees in the activities of the business. Defendant, John Morgan, denies he, as an individual, employed employees in the activities of the business. Defendant, David Sutcliff, denies he was an employer of employees in the activities of the business. Defendants neither admit nor deny the remaining portion of Paragraph 6 but leave Plaintiff to its proof.

7. All Defendants deny the allegations in Paragraph 7.

8. All the Defendants deny the allegations as set forth in Paragraph 8 by the Plaintiff.

9. All Defendants deny the allegations as set forth in Paragraph 9.

10. All the Defendants deny the allegations as set forth in Paragraph 10.

WHEREFORE, Defendants pray that Plaintiff's Complaint be denied and dismissed, and Defendants be awarded costs and attorney's fees for the defense of said claim and any and all further relief as may be necessary or appropriate.

Defendants
By their Attorney,

\s\ Timothy J. Morgan, Esq.
Timothy J. Morgan, Esq. #5365
33 College Hill Road, Suite 15G
Warwick, RI 02886
(401) 826.3344

**AFFIRMATIVE DEFENSES**

Improper Service
Improper Service of Process
Waiver
Laches
Accord and Satisfaction
Payment
Set Off
Failure to state a claim upon which relief may be granted

Defendants
By their Attorney,

_\s\ Timothy J. Morgan, Esq.___
Timothy J. Morgan, Esq. #5365
33 College Hill Road, Suite 15G
Warwick, RI 02886
(401) 826.3344

**CERTIFICATION**

I hereby certify that a copy of the within, Answer, was mailed to Paul J. Katz, US Department of Labor, Office of the Regional Solicitor, JFK Federal Building, Room E-375, Boston, MA 02203, via regular mail and electronic filing on the _______________ day of _________________________, 2007.

___________________________________